IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN BARRON, | : | CIVIL ACTION |
| | : | NO. 20-5763 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| ABINGTON TOWNSHIP, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **30th** day of **March, 2022,** upon consideration of Defendants' Motion for Summary Judgment (ECF No. 14), Plaintiff's Response in Opposition (ECF No. 15), and Defendants' Motion for Leave to File a Reply (ECF No. 16) it is hereby **ORDERED** that the motions (ECF Nos. 14, 16) are **GRANTED**.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**