IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN BARRON,                    :     CIVIL ACTION
                                 :     NO. 20-5763
          Plaintiff             :
     v.                          :
                                 :
ABINGTON TOWNSHIP, et al.,       :
                                 :
          Defendants.            :

## JUDGMENT

**AND NOW**, this **30th** day of **March, 2022,** in accordance with the Court's Order of this same date, it is hereby **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Defendants Abington Township, Richard Manfredi, and Tara Wehmeyer and against Plaintiff Kevin Barron.

The Clerk of Court shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**